```
BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>RICARDO JIMENEZ-SALAZAR,<br><br>           Defendant. | Case No. 01:09-CR-00364-LJO<br><br>MOTION AND ORDER TO DISMISS INDICTMENT |

    Pursuant to Federal Rule of Criminal Procedure 48(a), Plaintiff United States of America, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and IAN L. GARRIQUES, Assistant United States Attorney, hereby moves to dismiss the indictment in this case without prejudice in the interest of justice.

DATED: July 31, 2012                  Respectfully submitted,
                                               BENJAMIN B. WAGNER
                                                United States Attorney

                                       By:   /s/ Ian L. Garriques
                                                IAN L. GARRIQUES
                                                Assistant U.S. Attorney

**ORDER**

**IT IS HEREBY ORDERED** that the indictment in this case be dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

**Dated:   July 31, 2012**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE